UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | : | Case No. 1:12-cr-098 |
| | : | |
| | : | Magistrate Judge Bowman |
| v. | : | |
| | : | **MOTION AND ORDER TO** |
| | : | **UNSEAL INDICTMENT AND** |
| Antonio Weathers | : | **ALL OTHER PLEADINGS** |

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax (513) 684-6385

IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be unsealed.

9/13/12
DATE

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE